```
1  Michael P. West, Esq. (SBN 172478)
2  Ashley A. Escudero, Esq. (SBN 250473)
   CLARK HILL LLP
3  600 West Broadway, Suite 500
4  San Diego, California 92101
   Telephone: (619) 557-0404
5  Facsimile: (619) 557-0460
6  mwest@clarkhill.com
   aescudero@clarkhill.com
7
8  Attorneys for Defendants,
   Welltower OpCo Group LLC and
9  Sunrise Senior Living Management, Inc.
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GILBERT GARCIA, by and through his Successor in Interest, Paul Garcia; PAUL GARCIA individually; RONALD GARCIA, individually; GARY GARCIA, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLTOWER OPCO GROUP LLC dba SUNRISE VILLA BRADFORD; SUNRISE SENIOR LIVING MANAGEMENT, INC.; and DOES 1 through 100,<br><br>    Defendants. | Case No.<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>[Re: Orange County Superior Court Case No.: 30-2020-01167237-CU-PO-CJC]<br><br>Complaint Filed:    October 26, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned, counsel of record for defendants Sunrise Senior Living Management, Inc. and Welltower OpCo Group, LLC, (collectively "Sunrise") certify

that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff, Gilbert Garcia
2. Plaintiff, Paul Garcia
3. Plaintiff, Ronald Garcia
4. Plaintiff, Gary Garcia
5. Defendant, Welltower Opco Group LLC
6. Defendant, Sunrise Senior Living Management, Inc.

Respectfully submitted this 27th day of November, 2020.

Respectfully submitted,

**CLARK HILL LLP**

By: /s/Michael P. West

Michael P. West
Ashley A. Escudero
**CLARK HILL LLP**
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
mwest@clarkhill.com
aescudero@clarkhill.com
*Attorneys for Defendants*
Sunrise Senior Living Management, Inc. and Welltower OpCo Group, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: November 27, 2020

/s/ Michael P. West
Michael P. West
*Attorneys for Defendants,*
Sunrise Senior Living Management, Inc. and Welltower OpCo Group, LLC

*Attorney for Plaintiffs:*

Ayman R. Mourad, Esq.
Alexander N. Rynerson, Esq.
**LANZONE MORGAN LLC**
5001 Airport Plaza Dr., Suite 210
Long Beach, CA  90815
Tel:  (562) 596-1700
Fax:  (562) 596-0011
Email:  eservice@lanzonemorgan.com
Email:  arm@lanzonemorgan.com
Email:  asr@lanzonemorgan.com