Michael P. West, Esq. (SBN 172478)
Ashley A. Escudero, Esq. (SBN 250473)
**CLARK HILL LLP**
600 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
mwest@clarkhill.com
aescudero@clarkhill.com

*Attorneys for Defendants,*
Welltower OpCo Group LLC and
Sunrise Senior Living Management, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GILBERT GARCIA, by and through his Successor in Interest, Paul Garcia; PAUL GARCIA individually; RONALD GARCIA, individually; GARY GARCIA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WELLTOWER OPCO GROUP LLC dba SUNRISE VILLA BRADFORD; SUNRISE SENIOR LIVING MANAGEMENT, INC.; and DOES 1 through 100,<br><br>Defendants. | Case No. 8:20-cv-02250 (KESx)<br><br>*Assigned to Hon. James V. Selna*<br><br>**DEFENDANTS' NOTICE OF EX PARTE APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT ON MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL P. WEST, ESQ.; AND [PROPOSED] ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants WELLTOWER OPCO GROUP LLC

1

DEFENDANTS' NOTICE OF EX PARTE APPLICATION FOR LEAVE TO EXTEND FILING DEADLINE AND EXCEED PAGE LIMIT ON MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL P. WEST, ESQ.; AND [PROPOSED] ORDER

ClarkHill\61560\416158\261400077.v1-12/2/20

AND SUNRISE SENIOR LIVING MANAGEMENT, INC. (collectively "Defendants") hereby apply to the Court *Ex Parte* for leave to exceed the page limit set forth in Local Rule 11-6 on Defendants' Motion to Dismiss the Complaint of GILBERT GARCIA, by and through his Successor in Interest, Paul Garcia; PAUL GARCIA individually; RONALD GARCIA, individually; and GARY GARCIA, individually (collectively "Plantiffs").

As set forth in the accompanying memorandum incorporated by reference herein, leave to exceed the page limit is appropriate because: (i) Plaintiffs' Complaint requires consideration of the immunities afforded by the federal Public Readiness and Emergency Preparedness Act (PREP Act) and certain associated Declarations of the United States Secretary of Health and Human Services issued in response to the COVID-19 pandemic; (ii) the PREP Act is a multi-part federal law that requires the consideration of, *inter alia*, the previously mentioned Declarations and certain federal and state laws, regulations, and executive proclamation and orders; (iii) when properly considered in light of the PREP Act, the Complaint presents multiple grounds for dismissal; and (iv) if the PREP Act is not fully and properly considered, and the Defendants are deprived of the PREP Act's immunity protections at the outset of litigation, the Defendants will suffer prejudice. In light of these issues, Defendants respectfully request that the Court issue an order permitting their Memorandum of Points and Authorities in Support of its Motion be no longer than thirty (30) pages.

2

DEFENDANTS' NOTICE OF EX PARTE APPLICATION FOR LEAVE TO EXTEND FILING DEADLINE AND EXCEED PAGE LIMIT ON MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL P. WEST, ESQ.; AND [PROPOSED] ORDER

ClarkHill\61560\416158\261400077.v1-12/2/20

Defendants would not oppose any request from Plaintiffs for a commensurate extension of the page limit on any opposition filed by Plaintiffs to Defendants' Motion. Defendants also respectfully request such other relief as the Court deems proper.

This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, the Declaration of Michael P. West, Esq. filed herewith, and the pleadings and papers field herein.

**PLEASE TAKE FURTHER NOTICE** that any Opposition by plaintiffs must be filed within twenty-four (24) hours following service of this application.

**PER CHAMBER RULES, THERE WILL BE NO ORAL ARGUMENT UNLESS INSTRUCTED BY THE COURT.**

Respectfully submitted this 1st day of December, 2020.

        Respectfully submitted,

        **CLARK HILL LLP**

        By: /s/Michael P. West

        Michael P. West
        Ashley A. Escudero
        **CLARK HILL LLP**
        One America Plaza
        600 West Broadway, Suite 500
        San Diego, CA 92101
        Telephone: (619) 557-0404
        Facsimile: (619) 557-0460
        mwest@clarkhill.com
        aescudero@clarkhill.com
        *Attorneys for Defendants*
        Welltower OpCo Group LLC and
        Sunrise Senior Living Management, Inc.

DEFENDANTS' NOTICE OF EX PARTE APPLICATION FOR LEAVE TO EXTEND FILING DEADLINE AND EXCEED PAGE LIMIT ON MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL P. WEST, ESQ.; AND [PROPOSED] ORDER

ClarkHill\61560\416158\261400077.v1-12/2/20

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: December 1, 2020

/s/ Michael P. West
Michael P. West
*Attorneys for Defendants,*
Welltower OpCo Group, LLC
and Sunrise Senior Living
Management, Inc.

***Attorney for Plaintiffs:***

Ayman R. Mourad, Esq.
Alexander N. Rynerson, Esq.
**LANZONE MORGAN LLC**
5001 Airport Plaza Dr., Suite 210
Long Beach, CA  90815
Tel:  (562) 596-1700
Fax:  (562) 596-0011
Email: eservice@lanzonemorgan.com
Email: arm@lanzonemorgan.com
Email: asr@lanzonemorgan.com