Michael P. West, Esq. (SBN 172478)
Ashley A. Escudero, Esq. (SBN 250473)
**CLARK HILL LLP**
600 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
mwest@clarkhill.com
aescudero@clarkhill.com

*Attorneys for Defendants,*
Welltower OpCo Group LLC and
Sunrise Senior Living Management, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GILBERT GARCIA, by and through his Successor in Interest, Paul Garcia; PAUL GARCIA individually; RONALD GARCIA, individually; GARY GARCIA, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLTOWER OPCO GROUP LLC dba SUNRISE VILLA BRADFORD; SUNRISE SENIOR LIVING MANAGEMENT, INC.; RUZICA CALABRESE, an individual; and DOES 1 through 100,<br><br>    Defendants. | Case No. 8:20-cv-02250 (KESx)<br><br>*Assigned to Hon. James V. Selna*<br><br>**DEFENDANTS WELLTOWER OPCO GROUP LLC AND SUNRISE SENIOR LIVING MANAGEMENT, INC.'S NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, FOR 12(B)(1) HEARING; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS 1-10; AND [PROPOSED] ORDER**<br><br>Date:  February 8, 2021<br>Time:  1:30 p.m. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants WELLTOWER OPCO GROUP, LLC dba SUNRISE VILLA CULVER CITY and SUNRISE SENIOR LIVING MANAGEMENT, INC. (collectively, the "Defendants") hereby move this Court to dismiss the First Amended Complaint of GILBERT GARCIA, by and through his Successor in Interest, Paul Garcia, PAUL GARCIA, individually, RONALD GARCIA, individually, GARY GARCIA, individually (collectively, the "Plaintiffs").

As set forth in the accompanying memorandum incorporated by reference herein, the Defendants are immune from Plaintiffs' suit pursuant to the Public Readiness and Emergency Preparedness Act (PREP Act), 42 U.S.C.A. §§ 247d-6d, 247d-6e. Specifically, the PREP Act's broad immunity protection applies to these Defendants because they were "covered persons" engaged in "recommended activities" for "covered countermeasures" during the COVID-19 global pandemic and national emergency. Defendants therefore request that the First Amended Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(b)(1). Defendants also request that Plaintiffs' Third Cause of Action be dismissed with prejudice for its failure to state a claim. Alternatively, Defendants request a hearing pursuant to Fed. R. Civ. P. 12(i). As a further alternative, and to the extent any claim within the First Amended Complaint is not dismissed with prejudice, Defendants request that the First Amended Complaint be dismissed without prejudice or stayed pending the Plaintiffs' pursuit of administrative remedies and of their willful

misconduct claim before the United States District Court for the District of Columbia. Defendants also respectfully request such other relief as the Court deems proper.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 22, 2020.

**PER CHAMBER RULES, THERE WILL BE NO ORAL ARGUMENT UNLESS INSTRUCTED BY THE COURT OR REQUESTED BY A PARTY PURSUANT TO AND CONSISTENT WITH CHAMBER RULES.**

Respectfully submitted this 6th day of January, 2021.

Respectfully submitted,

**CLARK HILL LLP**

By:  /s/Michael P. West

Michael P. West
Ashley A. Escudero
**CLARK HILL LLP**
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
mwest@clarkhill.com
aescudero@clarkhill.com
*Attorneys for Defendants*
Welltower OpCo Group LLC and
Sunrise Senior Living Management, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: January 6, 2020

/s/ Michael P. West
Michael P. West
*Attorneys for Defendants,*
Welltower OpCo Group, LLC
and Sunrise Senior Living
Management, Inc.

*Attorney for Plaintiffs:*

Ayman R. Mourad, Esq.
Alexander N. Rynerson, Esq.
**LANZONE MORGAN LLC**
5001 Airport Plaza Dr., Suite 210
Long Beach, CA  90815
Tel:  (562) 596-1700
Fax:  (562) 596-0011
Email: eservice@lanzonemorgan.com
Email: arm@lanzonemorgan.com
Email: asr@lanzonemorgan.com