UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-02250-JVS(KESx) | Date | March 20, 2023 |
| Title | Gilbert Garcia, et al v. Welltower OpCo Group, LLC et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ayman Mourad; Kory DeClark; Matthew Borden | Michael West; Seth Waxman |

**Proceedings:** **Status Conference; Motion to Remand to Orange County Superior Court [63]**

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motion is argued and taken under submission.

| | : | 34 |
|---|---|---|
| Initials of Preparer | eva | |